FILED

2007 SEP 21 AM 10: 44

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. BUTT, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY<br><br>Defendant. | CIVIL NO. 06-CV-1197 JAH (JMA)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE BRIEF AND SUPPORTING PAPERS UNDER SEAL |

Having considered Plaintiff's PETER D. BUTT, JR. ("Plaintiff") ex parte application for leave to file a brief and supporting exhibits and declarations under seal and finding the request meritorious, the Court GRANTS the ex parte application and ORDERS that the Clerk of the Court FILE the following documents UNDER SEAL:

Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment;

Notice of Lodgment of Exhibits Supporting Plaintiff's Opposition to Defendant's Motion for Summary Judgment;

Declaration of Plaintiff Peter D. Butt, Jr. in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment;

Declaration of David A. Huch in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment;

Plaintiff's Objections to Defendant's Evidence; and

Any Other Exhibits and Declarations Supporting Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: 9-17-07

HON. JOHN A. HOUSTON
United States District Judge