UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. BUTT, JR., | ) Case No. 06-CV-1197-JLS (JMA) |
| Plaintiff, | ) **ORDER REGARDING DATES** |
| v. | ) |
| DONALD C. WINTER, SECRETARY OF THE NAVY, | ) |
| Defendant. | ) |

After conferring with counsel and with the chambers of the Honorable Janis L. Sammartino, **IT IS HEREBY ORDERED** that the remaining dates in this matter, including the Mandatory Settlement Conference, Pretrial Conference, and related dates, are <u>vacated</u>. The dates will be rescheduled, as appropriate, after a decision has been issued on Defendants' pending motion

//
//
//
//
//

06cv1197

for summary judgment. The motion is set for hearing on **December 14, 2007** at **10:30 a.m.**, as set forth in Docket No. 78.

**IT IS SO ORDERED.**

DATED: October 3, 2007

_____
Jan M. Adler
U.S. Magistrate Judge